■ MICHAEL HEDGES et al., Respondents, v EAST RIVER PLAZA, LLC, et al., Defendants, and BOB'S DISCOUNT FURNITURE OF NY, LLC, Appellant. [3 NYS3d 587]—Order, Supreme Court, New York County (Lucy Billings, J.), entered July 31, 2013, which, to the extent appealed from as limited by the briefs, denied the motion of defendant Bob's Discount Furniture of NY, LLC (Bob's) to dismiss the complaint and all cross claims as against it, unanimously affirmed, without costs.

At this stage, affording the pleadings a liberal construction, accepting as true the facts alleged in the complaint and submissions in opposition to the motion, and according plaintiffs the benefit of all available inferences (*see generally Leon v Martinez*, 84 NY2d 83, 87-88 [1994]), the complaint set forth a cause of action against Bob's for negligence.

We have considered Bob's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., DeGrasse, Richter and Feinman, JJ. ■

■ In the Matter of ANDRE LISSONE, Appellant, v DENNIS M. WALCOTT et al., Respondents. [3 NYS3d 588]—Order, Supreme Court, New York County (Geoffrey D. Wright, J.), entered October 16, 2013, which denied petitioner's motion to renew, unanimously affirmed, without costs, and the petition dismissed.

The court properly determined that there was no basis to annul respondents' determination to discontinue petitioner's probationary employment as an assistant principal. Petitioner failed to show that respondents' determination, upon reinvestigation and reconsideration, was made in bad faith, in violation of lawful procedure, or for a constitutionally impermissible purpose (*see Matter of Kolmel v City of New York*, 88 AD3d 527, 528 [1st Dept 2011]; *see also Matter of Witherspoon v Horn*, 19 AD3d 250, 251 [1st Dept 2005]). Concur—Mazzarelli, J.P., DeGrasse, Richter and Feinman, JJ.